IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| JAMES TOBIN and LORI TOBIN, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association, NEW PENN FINANCIAL, LLP, d/b/a SHELL POINT MORTGAGE SERVICING, a foreign corporation, and THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1,<br><br>Defendants. | CASE: 2:18-cv-01024-TSZ<br><br>CERTIFICATE OF SERVICE |

I, Linda L. Stephenson, certify that; I am over 18 years of age; I am not a party to the above-entitled lawsuit;

I, Linda L. Stephenson, personally served via hand delivery a copy of the following documents:

1. SUMMONS

2. COMPLAINT

3. EXHIBITS

CERTIFICATE OF SERVICE                      1                      BARRAZA LAW PLLC
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax 206-933-7863

4. CIVIL COVERSHEET

A copy of the above listed documents were served on the Defendant: **NEW PENN FINANCIAL, LLP, d/b/a SHELL POINT MORTGAGE SERVICING, a foreign corporation,** and a copy of the same documents were served on its registered agent; **CORPORATION SERVICE COMPANY, at 300 Deschutes Way SW, STE 304, Tumwater, WA 98501** on Tuesday, July 17, 2018 at 12:10 PM.

I personally handed two sets including the civil cover sheet, summons, complaint, and exhibits, to Juanita Huey a Caucasian female, who is approximately 5'2" tall with shoulder length brown hair, who identified herself as Juanita Huey and accepted service for both NEW PENN FINANCIAL, LLP, d/b/a SHELL POINT MORTGAGE SERVICING, and its registered agent CORPORATION SERVICE COMPANY.

Dated 7-17-2018

Signature: _____

CERTIFICATE OF SERVICE                    2

BARRAZA LAW PLLC
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax 206-933-7863