IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| JAMES TOBIN and LORI TOBIN, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association, NEW PENN FINANCIAL, LLP, d/b/a SHELL POINT MORTGAGE SERVICING, a foreign corporation, and THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1,<br><br>Defendants. | CASE: 2:18-cv-01024-TSZ<br><br>CERTIFICATE OF SERVICE |

I, Linda L. Stephenson, certify that; I am over 18 years of age; I am not a party to the above-entitled lawsuit;

    I, Linda L. Stephenson, personally served via hand delivery a copy of the following documents:

1.    SUMMONS

2.    COMPLAINT

CERTIFICATE OF SERVICE     1

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax 206-933-7863

3.     EXHIBITS

4.     CIVIL COVERSHEET

A copy of the above referenced documents were served on the Defendant: Bank of America, N.A. a national association, at their Burien Branch, 230 SW 152nd St., Burien WA 98166 on Tuesday, July 17, 2018 at 1:28 PM.

I, Linda L. Stephenson personally handed the documents including the summons, civil coversheet, complaint, and exhibits, to Angela Cruz a Hispanic female, who was sitting at her desk with dark brown shoulder length hair, who identified herself as Angela Cruz and gave me her card and accepted service for Bank of America, N.A.

Dated    7-17-2018

Signature: _____

CERTIFICATE OF SERVICE      2

## Angela Cruz

Relationship Manager, Yo Hablo Español
Burien Financial Center - Consumer Banking

Bank of America
WA3-113-01-01, 230 SW 152nd St
Burien, WA 98166
acruz11@bankofamerica.com
Cust Svc 800.432.1000
F 206.694.7376

**Bank of America**