1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7    JAMES TOBIN, et al.,

8                        Plaintiffs,

9            v.                                      C18-1024 TSZ

10   BANK OF AMERICA, NA, et al.,                    MINUTE ORDER

11                       Defendants.

12
        The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14       (1)    Defendant Bank of America, N.A.'s Unopposed Motion to Extend Time to
     File Response to Complaint, docket no. 10, is GRANTED.  Defendant Bank of America,
15   N.A. shall have until August 21, 2018, to file its response to the Complaint, docket no. 1.

16       (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.

17      Dated this 7th day of August, 2018.

18
                                              William M. McCool
19                                            Clerk

20                                            s/Karen Dews
                                              Deputy Clerk
21

22

23

MINUTE ORDER - 1