Donald G. Grant, WSBA#15480
Donald G. Grant, P.S.
1700 Main Street, Suite 245
Washougal, WA 98671
TEL:  (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

    Of Counsel for Defendants New Penn Financial, LLC,
    d/b/a Shellpoint Mortgage Servicing; and The Bank of
    New York Mellon, f/k/a The Bank of New York as
    Trustee for the Benefit of  the Certificateholders of
    the CWALT, Inc., Alternative Loan Trust 2006-OC1,
    Mortgage Pass-Through Certificates, Series 2006-OC1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES TOBIN and LORI TOBIN, Husband and Wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association, NEW PENN FINANCIAL LLP dba SHELLPOINT MORTGAGE SERVICING, a foreign corporation, and THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1,<br><br>    Defendants. | Case No.  2:18-cv-01024-TSZ<br><br>CORPORATE DISCLOSURE STATEMENTS FOR DEFENDANTS NEW PENN FINANCIAL, LLC, and THE BANK OF NEW YORK MELLON<br><br>[Local Rule 7.1] |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L. R. 7.1, the undersigned, counsel of record for defendants New Penn Financial, LLC, dba Shellpoint

MOHB069.CDS.wpd
CORPORATE DISCLOSURE STATEMENT  - 1

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL:  (360) 694-8488
FAX:  (360) 694-8688
E-MAIL: don@dongrantps.com

Mortgage Servicing, and The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC1, Mortgage Pass-Through Certificates, Series 2006-OC1, states as follows:

The Bank of New York Mellon f/k/a The Bank of New York as Trustee, not in its individual capacity but solely as Trustee for the benefit of the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC1, Mortgage Pass-Through Certificates, Series 2006-OC1, is a wholly owned subsidiary of The Bank of New York Mellon Corporation, which is a publicly held company; and

As to New Penn Financial, LLC dba Shellpoint Mortgage Servicing, ten percent (10%) or more of New Penn Financial, d/b/a Shellpoint Mortgage Servicing's stock is owned by Shellpoint Partners LLC. New Residential Investment Corp. is the publicly traded ultimate parent of Shellpoint Partners LLC, and New Penn Financial, LLC dba Shellpoint Mortgage Servicing.

DATED: August 8, 2018.

/s/ Donald G. Grant
DONALD G. GRANT, WSBA#15480
Of Counsel for Defendants New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing; and The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC1, Mortgage Pass-Through Certificates, Series 2006-OC1

MOHB069.CDS.wpd
CORPORATE DISCLOSURE STATEMENT  - 2

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the preceding pleading on August 8, 2018:

Vicente Omar Barraza
Barraza Law, PLLC
14245 Ambaum Blvd SW
Burien, WA 98166-1421
TEL:  (206) 933-7861
FAX:  (206) 933-7863
E-MAIL: omar@barrazalaw.com
    Of Counsel for Plaintiffs James Tobin
    and Lori Tobin

Christina L. Henry
Henry &Degraaff, P.S.
150 Nickerson St, Suite 311
Seattle, WA 98109-1634
TEL:  (206) 330-0595
FAX:  (206) 400-7609
E-MAIL: chenry@HDM-legal.com
    Of Counsel for Plaintiffs James Tobin
    and Lori Tobin

Charles T. Meyer
Severson & Werson, P.C.
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612-6578
TEL:  (949) 442-7110
Fax:  (949) 442-7118
E-MAIL: ctm@severson.com

  _x_  by electronic means through the Court's Case Management/Electronic Case File (CME/ECF) system on the date set forth below; and

  _x_  by directly e-mailing a true copy thereof to his or her e-mail address listed above; and

  ___  by mailing a true copy of the pleading to the plaintiff at his address listed above.

DATED: August 8, 2018.

/s/ Donald G. Grant
DONALD G. GRANT

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL:  (360) 694-8488
FAX:  (360) 694-8688
E-MAIL: don@dongrantps.com

MOHB069.CDS.wpd
CORPORATE DISCLOSURE STATEMENT  - 3