CHARLES T. MEYER, WSBA No. 39754
ctm@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES TOBIN and LORI TOBIN, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association, NEW PENN FINANCIAL, LLP, d/b/a SHELL POINT MORTGAGE SERVICING, a foreign corporation, and THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1<br><br>Defendants. | No. 2:18-cv-01024-TSZ<br><br>Hon. Thomas S. Zilly<br><br>**BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Defendant Bank of America, N.A., states as follows:

Defendant Bank of America, N.A. is a subsidiary of Bank of America Corporation. Bank of America Corporation is publicly traded on the New York Stock Exchange under the symbol BAC. No publicly held company owns 10% or more of Bank of America Corporation's stock.

70006.0055/11355335.1

1

**BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| 1  Dated: this 28 day of August, 2018 | SEVERSON & WERSON<br>A Professional Corporation |

By:      /s/ Charles T. Meyer
Charles T. Meyer, WSBA No. 39754
SEVERSON & WERSON
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110
(949) 442-7118 (Fax)
Email: ctm@severson.com

Attorneys for Defendant
Bank of America, N.A.

70006.0055/11355335.1

2

**BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT**

**PROOF OF SERVICE**
Tobin v. Bank of America, N.A., et al.
USDC Western District of Washington Case No. 2:18-cv-01024

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On August 28, 2018, I served true copies of the following document(s): **BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Vicente Omar Barraza, Esq.<br>BARRAZA LAW, PLLC<br>14245-F Ambaum Blvd. S.W.<br>Seattle, WA  98166 | Attorney for Plaintiffs<br>JAMES TOBIN and LORI TOBIN<br><br>Telephone:   (206) 933-7861<br>Facsimile:    (206) 933-7863 |
| Christina L. Henry, Esq.<br>HENRY & DEGRAAFF, PS<br>150 Nickerson St., Suite 311<br>Seattle, WA  98109 | Attorneys for Plaintiffs<br>JAMES TOBIN and LORI TOBIN<br><br>Telephone:   (206) 330-0595<br>Facsimile:    (206) 400-7609 |
| Donald G. Grant, Esq.<br>Donald G. Grant, P.S.<br>17200 Main S., Suite 245<br>Washougal, WA 98671 | Attorneys for Defendants<br>NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AND THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YOK AS TRUSTEE<br><br>Telephone:   (360) 694-8488<br>Facsimile:    (360) 694-8688 |

**[X]    BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 28, 2018, at Irvine, California.

*/s/ Matthew N. Tran*
Matthew N. Tran