UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES TOBIN, et al.,

        Plaintiffs,

v.

BANK OF AMERICA, NA, et al.,

        Defendants.

C18-1024 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs allege that this Court has diversity jurisdiction over the instant dispute. *See* Complaint, docket no. 1, at ¶¶ 1–8. Having reviewed the Complaint and the remaining filings to date, the Court concludes that the record contains insufficient information to determine whether such jurisdiction exists. Within fourteen (14) days of the date of this Minute Order, Defendant New Penn Financial LLP, d/b/a Shellpoint Mortgage Servicing, LLC, is DIRECTED to file a disclosure under penalty of perjury identifying: (1) whether it is a limited liability partnership or limited liability company, *compare, e.g.*, Complaint at ¶ 3, *with* docket no. 16 (corporate disclosure statement); (2) all of its partners or members; and (3) the citizenship of each disclosed partner and member. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Also within fourteen (14) days of the date of this Minute Order, Defendant The Bank of New York Mellon is DIRECTED to file a disclosure under penalty of perjury identifying the state designated in its articles of association as the locus of its main office. *See Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of August, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1