# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES TOBIN,

                Plaintiff,

    v.

BANK OF AMERICA, NA,

               Defendant.

C18-1024 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered August 28, 2018, docket no. 21, the Court directed defendant New Penn Financial LLC to file an amended corporate disclosure statement setting forth ***all*** members, owners, or beneficiaries, and their respective citizenships. The submission of New Penn Financial LLC, docket no. 27, is deficient because it identifies only its immediate parent, Shellpoint LLC and the "ultimate parent of Shellpoint," New Residential Investment Corp., which is incorporated in Delaware and has its principal place of business in New York. The amended corporate disclosure statement indicates that there are "other limited liability companies" that are members of Shellpoint LLC, but does not disclose the identity or citizenship of those members. Within fourteen (14) days of the date of this Minute Order, Defendant New Penn Financial LLC is DIRECTED to file a disclosure under penalty of perjury identifying the entire membership tree (including members of every member) of New Penn Financial LLC as of the date the Complaint was filed so that the Court may determine whether diversity jurisdiction exists. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of September, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1