UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES TOBIN and LORI TOBIN,
Husband and Wife,

Plaintiffs,

v.

BANK OF AMERICA, N.A., a national association, NEW PENN FINANCIAL LLP dba SHELLPOINT MORTGAGE SERVICING, a foreign corporation, and THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1,

Defendants.

C18-1024 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to dismiss, docket no. 14, is DENIED. The Complaint alleges sufficient facts, if taken as true, to allege a plausible claim to quiet title. *See Fujita v. Quality Loan Service Corp.*, No. 16-925, 2016 WL 4430464, *2 (W.D. Wash. Aug. 22, 2016) (noting that "acceleration occurs upon notice to the debtor that the

MINUTE ORDER - 1

creditor intends to declare the entire sum due and payable."); *Kirsch v. Cranberry Fin. LLC*, 178 Wn. App. 1031 at *5 (2013).

(2) Defendants' Requests for Judicial Notice, docket nos. 15 & 23, and Plaintiffs' Request for Judicial Notice, docket no. 18, all of which seek judicial notice of publicly recorded documents, are GRANTED. Plaintiffs' Request for Judicial Notice to Surreply, docket no. 26, which seeks notice of non-recorded notices of postponement of trustee sales, is DENIED. The Court may take judicial notice of facts that are not subject to reasonable dispute—including publicly recorded documents—without converting a motion to dismiss into a motion for summary judgment. Fed. R. Evid. 201; *United States v. Richie*, 342 F.3d 903, 908-09 (9th Cir. 2003).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of October, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk