5  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
6  AT SEATTLE

7  JAMES TOBIN and LORI TOBIN,

8      Plaintiffs,

9    v.

10 BANK OF AMERICA, N.A., a national
   association, NEW PENN FINANCIAL
11 LLC dba SHELLPOINT MORTGAGE
   SERVICING, a foreign corporation, and     C18-1024 TSZ
12 THE BANK OF NEW YORK MELLON
   fka THE BANK OF NEW YORK AS     ORDER
13 TRUSTEE FOR THE
   CERTIFICATEHOLDERS OF THE
14 CWALT, INC., ALTERNATIVE LOAN
   TRUST 2006-OC1, MORTGAGE PASS-
15 THROUGH CERTIFICATES, SERIES
   2006-OC1
16
       Defendants.
17

18     THIS MATTER comes before the Court on the parties Stipulation and Order for

19 Dismissal with Prejudice as to Defendants NewRez, LLC, fka New Penn Financial, LLC,

20 dba Shellpoint Mortgage Servicing (hereinafter "Shellpoint"), and the Bank of New York

21 Mellon, fka the Bank of New York, as Trustee for the Certificateholders of the CWALT,

22 Inc., Alternative Loan Trust 2006-OC1, Mortgage Pass-Through Certificates, Series

23

ORDER - 1

2006-OC1 (hereinafter "BNYM"), docket no. 36.  The parties' stipulation is GRANTED, and Defendants Shellpoint[1] and BNYM are dismissed with prejudice.  The parties shall bear their own attorney's fees and costs.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 28th day of August, 2019.

Thomas S. Zilly
United States District Judge

---

[1] The complaint's reference to New Penn Financial LLP appears to be a typo and the defendant entity's correct name is New Penn Financial LLC as referenced in Plaintiff's reference to Washington Secretary of State records regarding New Penn Financial LLC, docket no. 1-5, and the fact that New Penn Financial LLC appeared and moved to dismiss this action, docket nos. 11, 13.  The Clerk is DIRECTED to correct the caption accordingly.

ORDER - 2